*E-FILED:  February 9, 2012*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRASS VALLEY USA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STRATUS TECHNOLOGIES, INC. and STRATUS TECHNOLOGIES BERMUDA LTD.,<br><br>Defendants. | Case No.  CV11-5702-HRL<br><br>[~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ALL RELATED DEADLINES<br><br>CMC Old Date: February 28, 2012<br><br>CMC New Date: March 13, 2012<br><br>[Re:  Docket No. 6] |

In light of the request of plaintiff Grass Valley USA, LLC and for good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

The Initial Case Management Conference ("CMC") currently set for February 28, 2012 in Courtroom 2, 5th Floor SJ at 1:30 pm is continued to and will be heard on **March 13, 2012** in Courtroom 2, 5th Floor SJ at 1:30 pm. The following related deadlines are also set:

**2/21/2012**: Last day to: 1) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; 2) file ADR Certification signed by Parties and Counsel; and 3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV11-5702-HRL
LA/614678.1

- 1 -

[PROPOSED] ORDER CONTINUING DEADLINES SET IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

1    **3/6/2012**: Last day to: 1) file a consent or declination to proceed before the assigned
2    Magistrate Judge; and 2) file Rule 26(f) Report, complete initial disclosures or state objection in
3    Rule 26(f) Report and file Case Management Statement.

6    Dated: _____February 9_____, 2012

                                                                    _____
                                                                    Hon. Howard R. Lloyd
                                                                    United States Magistrate Judge

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV11-5702-HRL                                       - 2 -                [PROPOSED] ORDER CONTINUING DEADLINES SET
                                                                         IN ORDER SETTING INITIAL CASE MANAGEMENT
LA/614678.1                                                              CONFERENCE AND ADR DEADLINES