*E-FILED:  February 9, 2012*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRASS VALLEY USA, LLC,<br>a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STRATUS TECHNOLOGIES, INC. and<br>STRATUS TECHNOLOGIES<br>BERMUDA LTD.,<br><br>Defendants. | Case No.  CV11-5702-HRL<br><br>[PROPOSED] ORDER CONTINUING<br>INITIAL CASE MANAGEMENT<br>CONFERENCE AND ALL RELATED<br>DEADLINES<br><br>CMC Old Date: February 28, 2012<br><br>CMC New Date: March 13, 2012<br><br>[Re:  Docket No. 6] |

In light of the request of plaintiff Grass Valley USA, LLC and for good cause shown, IT

IS HEREBY ORDERED AS FOLLOWS:

The Initial Case Management Conference ("CMC") currently set for February 28, 2012 in

Courtroom 2, 5th Floor SJ at 1:30 pm is continued to and will be heard on **March 13, 2012** in

Courtroom 2, 5th Floor SJ at 1:30 pm. The following related deadlines are also set:

**2/21/2012**: Last day to: 1) meet and confer re: initial disclosures, early settlement, ADR

process selection, and discovery plan; 2) file ADR Certification signed by Parties and Counsel;

and 3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

ARENT FOX LLP<br>
ATTORNEYS AT LAW<br>
LOS ANGELES

CV11-5702-HRL

LA/614678.1

- 1 -

[PROPOSED] ORDER CONTINUING DEADLINES SET<br>
IN ORDER SETTING INITIAL CASE MANAGEMENT<br>
CONFERENCE AND ADR DEADLINES

**3/6/2012**: Last day to: 1) file a consent or declination to proceed before the assigned Magistrate Judge; and 2) file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement.

Dated: _____February 9_____, 2012

_____
Hon. Howard R. Lloyd
United States Magistrate Judge

[PROPOSED] ORDER CONTINUING DEADLINES SET
IN ORDER SETTING INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES