**FILED**

FEB 2 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRASS VALLEY USA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STRATUS TECHNOLOGIES, INC. and STRATUS TECHNOLOGIES BERMUDA LTD.,<br><br>Defendants. | Case No. CV11-5702-HRL<br><br>[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ALL RELATED DEADLINES<br><br>CMC Old Date: March 13, 2012<br><br>CMC New Date: April 17, 2012 |

In light of the request of plaintiff Grass Valley USA, LLC and for good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

The Initial Case Management Conference ("CMC") currently set for March 13, 2012 in Courtroom 2, 5th Floor SJ at 1:30 pm is continued to and will be heard on **April 17, 2012** in Courtroom 2, 5th Floor SJ at 1:30 pm. The following related deadlines are also set:

**3/27/2012**: Last day to: 1) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; 2) file ADR Certification signed by Parties and Counsel; and 3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV11-5702-HRL

LA/625778.1

- 1 -

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

1  **4/10/2012**: Last day to: 1) file a consent or declination to proceed before the assigned
2  Magistrate Judge; and 2) file Rule 26(f) Report, complete initial disclosures or state objection in
3  Rule 26(f) Report and file Case Management Statement.

6  Dated: ___2/29/___, 2012

   Hon. Howard R. Lloyd
   United States Magistrate Judge

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CV11-5702-HRL

LA/625778.1

- 2 -

[PROPOSED] ORDER CONTINUING INITIAL CASE
MANAGEMENT CONFERENCE AND RELATED
DEADLINES